IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02009-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., et al.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that the Application for Intervention by Latasha Putney and Certificate of Compliance with D.C.COLO.LCivR 7.1A (docket no. 5) is GRANTED. The Plaintiff EEOC does not oppose this motion. <u>See</u> docket no. 9. All Defendants have failed to file any timely response to the subject motion and therefore this court deems the subject motion confessed by all Defendants. The court finds that Latasha Putney shall be permitted to intervene in this case pursuant to 42 U.S.C. § 2000e-5(f)(1). Latasha Putney's Complaint is accepted for filing as of the date of this minute order.

Date: November 20, 2007