IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02009-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 19) is GRANTED. The written Stipulated Protective Order (docket no. 19-2) is APPROVED as amended in paragraph 9 and made an Order of Court.

Date: January 24, 2008