IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02009-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff(s),

v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., et al.,

Defendant(s).

## MINUTE ORDER

It is hereby ORDERED that Plaintiff's Unopposed Motion to File Under Seal (Docket No. 45) is granted, and Exhibits 4, 5, and 6, to Plaintiffs' Motion for Protection (Docket No. 44) are sealed until further Order of the court.

Date: May 29, 2008