IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02009-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC., et al.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that Plaintiffs' Unopposed Motion for Leave to Take Deposition of Defendants' 30(b)(6) Designee Jeff Walter Out of Time (Docket No. 51) is granted, and plaintiffs may thus take the deposition of Jeff Walter after the June 5, 2008, fact discovery deadline. It is further

     **ORDERED** that defense counsel shall forthwith advise plaintiffs' counsel of dates/times when Jeff Walter would be available for deposition. The parties shall then advise the court of the date and time of that deposition.

Date: June 5, 2008