# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-02009-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

                Plaintiff,

and

LATASHA PUTNEY,

                Plaintiff Intervenor

v.

PROFESSIONAL BUREAU OF COLLECTIONS, INC.

and

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,

                Defendants.

---

**ORDER RE: JOINT MOTION FOR LEAVE TO TAKE EXPERT DEPOSITIONS OUT OF TIME** *(Docket No. 52)*

---

This matter is before the United States District Court for the District of Colorado on the parties' Joint Motion for Leave to Take Expert Depositions Out of Time.

HAVING READ the Motion and being fully advised in the premises;

IT IS HEREBY ORDERED that the parties' Joint Motion for Leave to Take Expert Depositions Out of Time is GRANTED. (*) Such Depositions shall be completed by July 25, 2008.

DATED this 6Th day of June, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO