# Exhibit 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-02009-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff,

and

LATASHA PUTNEY,

        Plaintiff Intervenor

v.

PROFESSIONAL BUREAU OF COLLECTIONS, INC.

and

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,

        Defendants.

## DECLARATION OF GORDON HERRALD, M.D.

I, Gordan Herrald, M.D., being of lawful age, hereby declare that under the penalty of perjury that the factual allegations contained herein are true and correct to the best of my knowledge:

1. I am a licensed physician. I have practiced obstetrics and gynecological medicine at Aurora Nurse Midwives, 1400 South Potomac, Suite 225, in Aurora, Colorado from _3-23-05_ to the present.

2. In August 2006, I treated LaTasha Putney as a patient at Aurora Nurse Midwives. Ms. Putney came into the office on August 24, 2006 as a follow-up to an emergency room visit she had on August 22, 2006.

3. Due to concern that Ms. Putney might have an ectopic pregnancy, she was instructed to return for further medical examination on August 28, 2006.

4. At the conclusion of her August 22, 2006 appointment, Ms. Putney was given a note

by this office which she could show her employer confirming the follow-up appointment on August 28, 2006.

FURTHER AFFIANT SAYETH NAUGHT.

Executed pursuant to 28 U.S.C. § 1746, this 13 day of ~~April~~ MAY 2008.

Gordon Herrald, M.D.

2