# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:   07-cv-02009-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

LATASHA PUTNEY,

Plaintiff Intervenor

v.

PROFESSIONAL BUREAU OF COLLECTIONS, INC.

and

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,

Defendants.

### DECLARATION OF MATTHEW J. LORAN, M.D.

I, Matthew J. Loran M.D., being of lawful age, hereby declare that under the penalty of perjury that the factual allegations contained herein are true and correct to the best of my knowledge:

1. I am a licensed physician. I practiced as an emergency room physician at Medical Center of Aurora South, 1501 South Potomac in Aurora, Colorado from August 2004 to the present.

2. In August 2006, I treated LaTasha Putney as a patient at Medical Center of Aurora South. Ms. Putney came into the emergency room on August 22, 2006 complaining of pelvic pain. After examining her, I confirmed that she was pregnant.

3. Due to concern that Ms. Putney might have an ectopic pregnancy, she was instructed to return for a follow-up medical examinations on August 24, 2006. Any other follow-up appointments were scheduled by another physician.

EEOC 134

2

FURTHER AFFIANT SAYETH NAUGHT.

Executed pursuant to 28 U.S.C. § 1746, this __26__ day of April 2008.

_____
Matthew J. Loran

**EEOC135**