# Exhibit 3

```
                                                                    1

 1              IN THE UNITED STATES DISTRICT COURT

 2                  FOR THE DISTRICT OF COLORADO

 3    Civil Action No. 07-CV-02009-WYD-MJW

 4    EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

 5    Plaintiff,

 6    and

 7    LATASHA PUTNEY,

 8    Plaintiff-in-Intervention,

 9    v.

10    PROFESSIONAL BUREAU OF COLLECTIONS, INC. and
      PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,
11

12    Defendants.

13    _____

14    DEPOSITION OF:  GORDON HERRALD, M.D. - June 23, 2008
      _____
15
              PURSUANT TO NOTICE, the deposition of
16    GORDON HERRALD, M.D. was taken on behalf of the
      Defendants at 1400 South Potomac Street, Suite 225,
17    Aurora, Colorado 80249, on June 23, 2008, at 9:14 a.m.,
      before Lorraine L. Schaffer, Registered Professional
18    Reporter and Notary Public within Colorado.

19

20

21

22

23

24

25
```

```
                                                                  36
 1    any of your records or from this office, if you can
 2    tell.
 3         A.   None of these records appear to have or
 4    contain records that were from this office, Aurora Nurse
 5    Midwives.
 6              MS. BLUMHARDT:  That's all I have.  Thank
 7    you.
 8              MS. RANDALL:  I have some follow-up
 9    questions.
10                        EXAMINATION
11    BY MS. RANDALL:
12         Q.   Dr. Herrald, it's your testimony this morning
13    that you saw LaTasha Putney on two occasions?
14         A.   Yes.
15         Q.   And after reviewing your handwritten notes
16    which we have as part of Deposition Exhibit 37, you
17    believe the dates of those visits were August 24, 2006
18    and August 28, 2006?
19         A.   The records that I have looked at, which are
20    my records of clinic visits when she came into this
21    office, reflect those dates.
22         Q.   Okay.  If Ms. Putney was terminated on
23    September 1, 2006, would you agree that that termination
24    occurred after you treated her?
25         A.   She was terminated when?
```

37

1    Q.   September 1, 2006.

2    A.   Based on the sequence of dates, it would

3  appear that she was terminated after a pregnancy had

4  been diagnosed.

5    Q.   Okay.  And so in response to some questions by

6  defendants' counsel this morning, you testified that

7  Ms. Putney may have herself told you that she had been

8  terminated by her employer.  And in light of the

9  sequence of when you treated her versus when she was

10  terminated, do you believe that that's the case, or is

11  it possible that you learned about her termination from

12  a different source?   For example, in relation to this

13  lawsuit.

14       MS. BLUMHARDT:   Object to form.

15    A.   I don't recall discussions with her.

16    Q.   (BY MS. RANDALL)  About being --

17    A.   About termination.

18    Q.   Okay.  You were asked some questions this

19  morning about whether you personally received any record

20  requests for Ms. Putney's medical records.  In your role

21  as an OB/GYN, would you normally be the person who would

22  process that sort of record request?

23    A.   I'm not familiar with the routine and

24  customary practices of the practice as a whole as it

25  relates to records requests.  It's hard for me to expand