# Exhibit 6



**PROFESSIONAL BUREAU OF COLLECTIONS**

# EMPLOYEE ATTENDANCE/PUNCTUALITY REPORT

Date: 8-30-06

Managers Name: Chris Velasquez

Employees Name: Latasha Putney

Assigned Desk: Diolen

## INCIDENCE

[X] **Absence**
Reason For Absence: Problems with pregnancy

[ ] Tardiness / Punctuality

[ ] Beginning of shift  [ ] Break  [ ] Lunch   Minutes Late: _____
Reason for Tardy

[ ] Left Early
Time Left: _____
Reason for Leaving:

PBC 00011

**CONFIDENTIAL**