# Exhibit 7



# UNIVERSITY OF COLORADO HOSPITAL

## UCH EMERGENCY DEPARTMENT AT AIP
## DISCHARGE INSTRUCTIONS

**Name:** Putney, Latasha
Age: 25
Gender: F
Medrec: 1756056
Acct: 7817992
Attending: PMR
Primary Nurse: NBC
Bed: ED 2G 14

Thank you for choosing the University of Colorado Hospital Emergency Department as your provider. Please remember that we examined and treated you on an emergency basis only. This is not a substitute for complete medical care. Please follow up with your primary care provider as directed. If you do not have a primary care provider, a referral list will be provided for you. Please choose a follow up provider from that list. Your insurance company may also be able to help you find a provider.

Call as soon as possible to make an appointment with the clinic or physician listed under follow-up contact or special instructions below.

TREATED BY:
Attending Physician/Resident(s)
 – Redstone, MD, Paul
Primary Nurse(s)
 – Creaven, RN, Noah; Murray, RN, Jeanie

FOLLOWUP CONTACTS

. (f/u own pcp)
Comment: Please follow up with your own doctor or primary care provider (PCP). — ↓ OB Clinic

SPECIAL INSTRUCTIONS
Follow up in 5 days

MEDICAL INSTRUCTIONS

THREATENED ABORTION (AB)
Bleeding in the early weeks of pregnancy may occur normally. However, this is also a sign that you will miscarry. Besides miscarriage, other causes of bleeding in early pregnancy include irritations of the cervix, infections, minor injuries, and ectopic or tubal pregnancy. About half the time the bleeding stops and the pregnancy continues normally. If the opening to the uterus is closed, and the amount of bleeding is small and the cramping mild, there is still a good chance for a successful pregnancy. If you are going to miscarry, there is nothing that can be done to stop it. Miscarriages are almost always due to a serious genetic or structural problem with the fetus or placenta. It is not caused by anything you have done yourself. Having a miscarriage does not change your chances of having a normal pregnancy in the future. Take it easy if you are not feeling well. Bed rest may help control cramps, but you do not have to stay in bed. Avoid sex or putting anything in your vagina such as tampons or douching until your symptoms go away completely. Do not take any medicines unless your doctor approves. If you pass any solid material from the vagina, save it in a clean, covered container to show your doctor. Please call your doctor or the emergency room right away if you:
 * Have increased or severe cramps, pain, or bleeding

 * Develop a fever over 100 F (38 C)

CONFIDENTIAL                    PBC 00013

 * Pass tissue or large clots

 * Feel very weak, faint, or vomit repeatedly
   If you do miscarry, the uterus may not clean itself out completely. A D&C procedure may need to be done to loosen or remove the tissue from the uterus. This helps control bleeding and prevent infection. If your blood Rh type is negative, you may need a Rh immune globulin shot. Be sure to call your doctor for follow-up care as

Prepared: Wed Aug 30 2006 12:41 by Paul Redstone, MD



# UNIVERSITY OF COLORADO HOSPITAL

**Name:** Putney, Latasha  
**Age:** 25  
**Gender:** F  
**Medrec:** 1756056  
**Acct:** 7817992  
**Attending:** PMR  
**Primary Nurse:** NBC  
**Bed:** ED 2G 14  

## UCH EMERGENCY DEPARTMENT AT AIP DISCHARGE INSTRUCTIONS

recommended.

You are the most important factor in your recovery. FOLLOW THE ABOVE INSTRUCTIONS CAREFULLY AND BE SURE TO FOLLOW UP WITH YOUR PRIMARY CARE PHYSICIAN (PCP) WITHIN 3-5 DAYS UNLESS OTHERWISE INDICATED ABOVE. Take your medications as prescribed. If you cannot reach your PCP or your symptoms become worse, return to the Emergency Department for a re-evaluation.

If you DO NOT have a PCP, please ask the Emergency Department staff for resource information. If you DO NOT have health care insurance, please contact the University of Colorado Hospital Admissions Department at 303-372-8333 and ask for financial assistance information. This includes information for the Colorado Indigent Care Program (CICP). If you have health care insurance, you may be required to obtain a referral from your PCP to approve any specialty care appointment that has been recommended.

### X-RAYS
The interpretation of x-rays at the time of the emergency visit may only be a preliminary report. You will be notified if there is a change in the interpretation when the x-rays are reviewed by the radiologist.

### CULTURES
Cultures taken at the time of the emergency visit are not ready immediately. If culture results are positive, you will be notified if change in the treatment is necessary.

### SEATBELTS
There is no doubt that seatbelts save lives. Every day in the Emergency Department we see people driving without seatbelts are more severely hurt. We always buckle up. Please do the same!

University of Colorado Hospital  
Emergency Department  
4200 East 9th Avenue  
Denver, Colorado 80262  

CONFIDENTIAL

PBC 00014