# Exhibit 8

Page 1

35700BJW

IN AND FOR THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.:   07-cv-02009-WYD-MJW

_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

LATASHA PUTNEY,

vs.

PROFESSIONAL BUREAU OF COLLECTIONS, INC., and
PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,

Defendants.
_____


DEPOSITION OF BRANDON LEE TURRENTINE

May 19, 2008


Pursuant to Notice taken on behalf of the Plaintiff at
303 East 17th Avenue, Suite 410, Denver, Colorado
80203, at 2:07 p.m., before Jodi M. Wagner, Shorthand
Reporter and Notary Public within Colorado.

Page 56

1    LaTasha Putney discussed selling illegal drugs to other
2    employees?
3         A.   Not that I can recall.  I don't think she
4    did.
5         Q.   And to your knowledge, did she talk about
6    selling illegal drugs with other employees?
7         A.   No, ma'am.
8         Q.   You are aware that Ms. Putney was pregnant
9    during the time she was with PBC?
10        A.   Yes, ma'am.
11        Q.   When did you find out about that?
12        A.   I think, like, a couple of weeks after she
13   found out that she was.
14        Q.   Does it sound about right that that would
15   have been in August 2006?
16        A.   Something like that, yes.
17        Q.   How did you find out?
18        A.   She came to work and she was telling
19   everybody that she was.
20        Q.   Based on your impression, was it sort of
21   common knowledge there that she was pregnant?
22             MS. BLUMHARDT:  Object to form.
23             THE DEPONENT:  Not that I can recall.
24        Q.   (BY MS. RANDALL) To your knowledge, did other
25   people on the dialer know that she was pregnant?