# Exhibit 9

Page 1

35700AJW

IN AND FOR THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.:  07-cv-02009-WYD-MJW

_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

LATASHA PUTNEY,

vs.

PROFESSIONAL BUREAU OF COLLECTIONS, INC., and
PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,

Defendants.
_____



              DEPOSITION OF CHRISTEL MCNEIL

                   May 19, 2008




Pursuant to Notice taken on behalf of the Plaintiff at
303 E. 17th Avenue, Suite 410, Denver, Colorado 80203,
at 9:08 a.m., before Jodi M. Wagner, Shorthand Reporter
and Notary Public within Colorado.

EEOC v. Professional Bureau of Collections                                Christel McNeil
May 19, 2008

Page 114

1  Q. To your knowledge, did Ms. Putney discuss
2  selling illegal drugs with people who worked at PBC?
3  A. No.
4  Q. Are you aware that Ms. Putney was pregnant
5  during her employment with PBC?
6  A. Like the last week, maybe.
7  Q. How did you know?
8  A. She told people.
9  Q. Do you recall who she told?
10 A. I don't know. I knew. I don't know who else
11 she told, specifically. I knew. More than likely,
12 Sandy, Victoria. I'm sure she would have told
13 Mr. Velasquez because that was -- there was a period of
14 time that she thought she may be, and then she found
15 out. And the whole shock, freaking out about it, kind
16 of thing. And then going to the doctor. It was
17 probably more than a week. Going to the doctor, using
18 that as her excuse as to why she wasn't at work or why
19 she was late. That sort of thing.
20 Q. So to your knowledge, Ms. Putney told people
21 at PBC that she was missing work because she had doctor
22 appointments because she was pregnant?
23        MS. BLUMHARDT: Object to form.
24        THE DEPONENT: It was nothing that she had
25 explained ahead of time, from what I remember. It's