# Exhibit 10

EEOC  v. Professional Bureau of Collections                    Victoria  Armstrong
May 20, 2008

Page 1

35701AJB

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLORADO

Civil Action No. 07-CV-02009-WYD-MJW

_____

EQUAL EMPLOYMENT OPPORTUNITY COMMISION,

Plaintiff,

and LATASHA PUTNEY,

Plaintiff Intervenor,

vs.

PROFESSIONAL BUREAU OF COLLECTIONS, INC., and
PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND,
INC.,

Defendants.

_____

DEPOSITION OF VICTORIA ARMSTRONG


May 20, 2008


Pursuant to Notice taken on behalf of the
Plaintiff at 303 East 17th Avenue, Suite 410,
Denver, Colorado 80203, at 1:04 p.m., before
Joanne Blair, Registered Professional Reporter
and Notary Public within Colorado.

EEOC v. Professional Bureau of Collections                    Victoria Armstrong
May 20, 2008

Page 69

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23          Q.    Are you aware that Ms. Putney was

24     pregnant during her employment with PBC?

25          A.    I wasn't aware until I told her,

EEOC v. Professional Bureau of Collections                    Victoria Armstrong
May 20, 2008

```
 1    "Congratulations.  I see you are not smoking."

 2    And that's when she told me that she was

 3    pregnant.

 4           Q.    So when you said, "Congratulations.

 5    I see you are not smoking," would she usually

 6    smoke cigarettes?

 7           A.    Yes, she would normally smoke like

 8    cigarettes on break, and we would go outside,

 9    and I noticed she wasn't smoking, and that's

10    when she told me.

11           Q.    Do you remember about when that was?

12           A.    I want to say maybe -- I don't

13    recall.

14           Q.    Did you ever see Ms. Putney roll her

15    own tobacco cigarettes?

16           A.    Tobacco cigarettes?

17           Q.    Um-hum.

18           A.    Not that I recall, from what I

19    believe.

20           Q.    Do you remember this conversation

21    where Ms. Putney told you "I'm not smoking

22    anymore because I'm pregnant," how long that was

23    before she was terminated?

24           A.    I don't recall.  It was probably

25    maybe two, three weeks.  I really don't know.
```

Esquire Deposition Services        Denver        303-316-0330