IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 07-cv-02009-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

and

LATASHA PUTNEY,

    Plaintiff-in-Intervention,

v.

PROFESSIONAL BUREAU OF COLLECTIONS, INC.

and

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Defendants' Motion for Summary Judgment (dockets #93 and #94), filed June 30, 2008, is **STRICKEN** with leave to refile in compliance with this Court's Practice Standards. Specifically, Defendants are directed to review and comply with my Practice Standards at Section III(B). The exhibits need not be resubmitted.

    Dated: July 1, 2008