IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 07-cv-02009-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

                        Plaintiff,

and

LATASHA PUTNEY,

                        Plaintiff Intervenor,

v.

PROFESSIONAL BUREAU OF COLLECTIONS, INC..

and

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,

                        Defendants.

---

**ORDER GRANTING UNOPPOSED MOTION TO AMEND FINAL PRETRIAL ORDER TO ADD STIPULATION OF THE PARTIES** (Docket no. 147)

---

Having reviewed the parties' submission seeking to Amend the Final Pretrial Order [Dkt. 146], and finding good cause therefore, the Court orders that the Amend the Final Pretrial Order be amended by inserting the following statement. The statement will be inserted in Section 4, Stipulations, following Stipulation f.

g.     Defendants Professional Bureau of Collections, Inc. and Professional Bureau of Collections of Maryland, Inc. hereby stipulate that Professional Bureau of Collections of Maryland is a successor corporation to Professional Bureau of Collections, Inc. within the meaning of *Trujillo v. Longhorn Manf. Co., Inc.*, 694 F.2d 221, 224-225 (10th Cir. 1982).

Dated: October 2_, 2008

                                                   /s/ Michael J. Watanabe
                                                   U.S. Magistrate Judge
                                                   MICHAEL J. WATANABE
                                                   U.S. MAGISTRATE JUDGE
                                                   DISTRICT OF COLORADO