IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02009-WYD-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

LATASHA PUTNEY,

Plaintiff-Intervenor,

v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,
PROFESSIONAL BUREAU OF COLLECTIONS, INC.,

Defendant(s).

---

ORDER REGARDING
AMY ARTMANN'S SUPPLEMENTAL MEDICAL RECORDS (DOCKET NO. 151)

---

Entered by United States Magistrate Judge Michael J. Watanabe

This matter is before the court for, *in camera*, review of the supplemental medical records from Amy Artmann, CNM (Certified Nurse Midwife). The court has received both the redacted and unredacted supplemental medical records from Ms. Artmann that have been Bates stamped EEOC000 177 through 179 and 182 through 186, inclusive (docket no. 151). The court has reviewed these supplemental medical records, *in camera*, and has further considered portions of Plaintiff-Intervenor Latasha Putney's Deposition Testimony Per Judges Watanabe's October 15, 2008 Order (docket no. 149). The court has further considered oral argument concerning these supplemental medical records during the Final Pretrial Conference on October 15, 2008. Lastly, the court has taken judicial notice of the court's file. The court now being fully informed makes the following findings of fact, conclusions of law and order.

FINDINGS OF FACT AND CONCLUSIONS OF LAW

The court finds:

1. That I have jurisdiction over the subject matter and over the parties

to this lawsuit;

2. That venue is proper in the state and District of Colorado;

3. That each party has been given a fair and adequate opportunity to be heard;

4. That Plaintiff-Intervenor Latasha Putney did discuss with the Amy Artmann her stress and emotional problems. *See* exhibit A attached to docket no. 149 on pages 207, 11, 17-14; 207, 1. 17; 208 1. 25; 209 11. 1-22; 250 1.10; 251 1. 22-4; and,

5. That the unredacted supplemental medical records that have been Bates stamped EEOC000 177 through 179 and 182 through 186, inclusive, are relevant to the issues pending before this court and are discoverable under Fed. R. Civ. P. 26.

ORDER

WHEREFORE, it is hereby ORDERED that Amy Artmann's unredacted Supplemental Medical Records that have been Bates stamped EEOC000 177 through 179, inclusive and 182 through 18, inclusive (docket no. 151) shall be delivered to Defendant by Plaintiff EEOC and Plaintiff-Intervenor Latasha on or before October 31, 2008.

Done this 21st day of October, 2008.

BY THE COURT

s/ Michael J. Watanabe
MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE