IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02009-PAB-MJW

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

and

LATASHA PUTNEY,

Plaintiff-Intervenor,

v.

PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,
PROFESSIONAL BUREAU OF COLLECTIONS, INC.,

Defendant(s).

## MINUTE ORDER

**MICHAEL J. WATANABE**
**United States Magistrate Judge**

It is hereby ORDERED that the Unopposed Joint Motion to Amend the Final Pretrial Order (DN 159) filed with the Court on November 3, 2008, is GRANTED. The parties shall have up to and including Friday, November 7, 2008, in which to file their contemplated objections.

Date: November 5, 2008