IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

JUDGE PHILIP A. BRIMMER

COURTROOM MINUTES

---

Courtroom Deputy: Kathy Preuitt-Parks  
Court Reporter: Janet Coppock

Date: October 27, 2010  
Time: one hour and 45 minutes

---

**CASE NO. 07-cv-02009-PAB-MJW**

| Parties | Counsel |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | David Winston<br>Mark Berumen<br>Stephanie Struble |
| Plaintiff (s), | |
| vs. | |
| **PROFESSIONAL BUREAU OF COLLECTIONS OF MARYLAND, INC.,** and **PROFESSIONAL BUREAU OF COLLECTIONS, INC.,** | Glen Laird<br>Kristi Blumhardt |
| Defendant (s). | |

---

TRIAL PREPARATION CONFERENCE

---

**3:08 p.m.     COURT IN SESSION**

APPEARANCES OF COUNSEL.

Court and counsel address pending pretrial matters.

**Plaintiff's Motion for Leave to Present Rebuttal Testimony by Video Conference (Doc #214), filed 10/26/10.**

| | |
|---|---|
| **3:10 p.m.** | Argument by Ms. Blumhardt in support of defendants' oral motion to strike. Questions by the Court. |
| **3:18 p.m.** | Argument by Mr. Winston. Questions by the Court. |
| **3:21 p.m.** | Further argument by Ms. Blumhardt. |

**ORDERED:** Defendants' oral motion to strike is **GRANTED in PART and DENIED in PART.**

| | |
|---|---|
| **3:24 p.m.** | Argument by Ms. Blumhardt in opposition to plaintiff's motion. Questions by the Court. |
| **3:26 p.m.** | Argument by Mr. Winston. Questions by the Court. |

**ORDERED:** Plaintiff's Motion for Leave to Present Rebuttal Testimony by Video Conference (Doc #214), filed 10/26/10, is **DENIED.**

Court addresses defendants' Notice to Provide Testimony of Witness Christel McNeil by Deposition (Doc #217), filed 10/27/10.

| | |
|---|---|
| **3:32 p.m.** | Argument by Mr. Winston in opposition. |
| **3:34 p.m.** | Argument by Ms. Blumhardt in support. |

**ORDERED:** Plaintiff's objections are **SUSTAINED.**

**ORDERED:** Plaintiff's First Motion in Limine (Doc #188), filed 10/8/10 is **GRANTED.**

**ORDERED:** Plaintiff's Second Motion in Limine (Doc #189), filed 10/8/10 is **GRANTED in PART and DENIED in PART.**

**ORDERED:** Defendants' First Motion in Limine (Doc #190), filed 10/8/10 is **GRANTED.**

**ORDERED:** Defendants' Second Motion in Limine (Doc #1910, filed 10/8/10 is **DENIED.**

Page Three
07-cv-02009-PAB-MJW
October 27, 2010

Four day jury trial scheduled to commence November 1, 2010 at 8:00 a.m.

Court and counsel discuss Judge Brimmer's Trial Procedures including jury selection of 9, opening statements limited to 30 minutes, proposed voir dire questions,

**ORDERED:** Counsel directed to confer and submit a stipulated statement of the case by **5:00 p.m. on October 29, 2010.**

**ORDERED:** Witnesses shall be **SEQUESTERED.**

**ORDERED:** Plaintiff's oral motion to amend the Final Pretrial Order is **GRANTED.**

**4:53 p.m.** **COURT IN RECESS**

**Total in court time:** 105 minutes

**Hearing concluded**